**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 11-cv-02179-WYD-KMT | FTR - Courtroom C-201 |
| **Date:** November 22, 2011 | Deputy Clerk, Nick Richards |
| JANE ROE, | Donna E. Dell'Olio |
| Plaintiff, | |
| v. | |
| CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado nonprofit corporation, d/b/a Centura-Health-Penrose Hospital, | Mark L. Sabey |
| Defendant. | |

**COURTROOM MINUTES / MINUTE ORDER**

**SCHEDULING CONFERENCE**
**Court in Session: 9:30 a.m.**
Court calls the case. Appearances of counsel.

Discussion regarding defendant's initial disclosures to plaintiff.

It is **ORDERED**:   Defendant shall supplement initial disclosures and provide information on which individuals he represents on or before December 1, 2011.

Discussion regarding Defendant's Motion to Stay Proceedings [Doc. No. 35, November 21, 2011].

Discussion regarding Defendant's Motion to Quash Plaintiff's Premature Discovery Requests and for a Protective Order [Doc. No. 33, filed November 17, 2011].

It is **ORDERED**:   Defendant's Motion to Quash [33] is **DENIED** for reasons stated on the record. Responses will be due on or before December 1, 2011.

[**XX**]   Scheduling Order entered.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

DEADLINES:
Joinder of Parties/Amendment to Pleadings: February 3, 2012
Discovery Cut-off: April 27, 2012
Dispositive Motions Deadline: June 1, 2012
Each side shall be limited to 3 expert witnesses.
Disclosure of Affirmative Experts: March 2, 2012
Disclosure of Rebuttal Experts: April 2, 2012
Written Discovery shall be served no later than 33 days prior to the discovery cutoff.
Each side shall be limited to 25 interrogatories, 25 requests for admission, and 25 requests for documents.
Each side shall be limited to 10 depositions.  No deposition shall exceed 7 hours in length without prior agreement or a court order.

**NO SETTLEMENT CONFERENCE** is set for this matter at this time.

**FINAL PRETRIAL CONFERENCE** set for **August 2, 2012 at 9:30 a.m. in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

TRIAL:

Trial Preparation Conference and trial dates will be set by Chief District Judge Wiley Y. Daniel.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in recess: 10:10 a.m.**
Total In-Court Time:   00:40        Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.