IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-02179-WYD-KMT

JANE ROE,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado nonprofit corporation d/b/a CENTURA HEALTH-PENROSE HOSPITAL,

    Defendant.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of Magistrate Judge Tafoya's order granting the motion to stay this matter, the Motion for Summary Judgment (ECF No. 73) is **DENIED WITHOUT PREJUDICE** with leave to refile in the future, it necessary.

    Dated: March 29, 2012.