IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-02179-WYD-KMT

JANE ROE,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado nonprofit corporation d/b/a CENTURA HEALTH-PENROSE HOSPITAL,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal (ECF No. 99), filed June 11, 2012.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

ORDERED that the Stipulation of Dismissal (ECF No. 99) is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:   June 11, 2012

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Chief United States District Judge